

**Branch Offices in Suffolk County:**

150 Motor Parkway
Ste 401, Rm 424
Hauppauge, NY 11788

80 Orville Drive
Ste 100, Rm 225
Bohemia, NY 11716

# RONALD D. WEISS, P.C.

ATTORNEY AT LAW

734 Walt Whitman Road., Suite 203, Melville, New York 11747
phone: (631)271-3737/3783 • fax: (631)271-3784
e: weiss@fresh-start.com

**Branch Offices in Nassau County:**

626 RexCorp Plaza
Rm 681
Uniondale, NY 11556

1129 Northern Blvd
Ste 404
Manhasset NY 11030

March 6, 2023

<u>*Via ECF and The Chapter 13 Trustee's Document Portal*</u>
Michael J. Macco
U.S. Standing Bankruptcy Trustee
2950 Express Drive South, Suite 109
Islandia, NY 11749

      Re:    IN RE: Suzanne Byrne
                Case No.: 8-20-70011-REG

Dear Mr. Macco:

      As you are aware, the Trustee's Motion to Dismiss Debtor's case is scheduled to be heard before the Court on Thursday, March 9, 2023 at 11:00 AM. According to the attached TFS transaction statement, a payment in the amount of $1,811.00 is scheduled to arrive at your office today, March 6, 2023. In addition, earlier this afternoon, the Debtor dropped off a money order payable to the Chapter 13 Trustee in the amount of $1,803.00 to my office which will be sent to the Trustee via FedEx (Tracking No. 771485513028). I have enclosed copies of the TFS transaction statement, a copy of the Debtor's money order, and a copy of the FedEx receipt for your reference.

      The Trustee's online case system status portal indicates that the Debtor is delinquent in the amount of $3,603.62. The Debtor is remitting payments totaling $3,614.00. Accordingly, the Debtor respectfully requests that the Trustee withdraw the Motion to Dismiss Debtor's case.

                                          Very truly yours,
                                          RONALD D. WEISS, P.C.

                                          <u>**/s/ Marc Daniels, Esq.**</u>
                                          Marc Daniels, Esq.

Enclosures
cc: Suzanne Byrne

**12:05**  ..ll 5G



**Name**
Suzanne Byrne

**Address**
34 Carleton Ave, Amityville, NY, 11701

**Status**
Complete

**Transaction ID**
13149418

**Amount**
$1,811.00

**Trustee Name**
Michael J. Macco

**Case Number**
20-70011

**Date Arrived**
March 06, 2023

**Date Started**
February 27, 2023

**Date Cleared**
March 03, 2023

**Account Number**

🔒 tfsbillpay.com

| | | | |
|---|---|---|---|
| 03-06-23 13:45:37 | 136200 | SUZANNE BYRNE | 0214 |

CHECK NUMBER: 000084390   CHECK AMOUNT:   1803.00

CHECK NO: 000084390

MICHAEL MACCO

---

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Ocean Financial Federal Credit Union**
45 Atlantic Avenue • Oceanside, NY 11572
516.620.8100

DATE: 03-06-23      50-7887/2214

CHECK NO: 000084390

**OFFICIAL CHECK**

AMOUNT
********1,803.00

PAY   ONE THOUSAND EIGHT HUNDRED THREE AND
      .00 DOLLARS

TO THE ORDER OF   MICHAEL MACCO



REF: Suzanne Byrne
54 Carleton Ave
Amityville NY   20-70011

_Joseph A Tedesco_
AUTHORIZED SIGNATURE

⑈084390⑈ ⑆221478877⑆ 912910100 10004⑈

3/6/23, 3:44 PM                    FedEx Ship Manager - Print Your Label(s)

    Shipment Receipt

**Address Information**

Ship to:  
Michael Macco, Trustee

2950 Express Drive South  
Suite 109  
ISLANDIA, NY  
11749  
US  
6312713737

Ship from:  
Ronald Weiss

734 WALT WHITMAN RD  
Suite 203  
MELVILLE, NY  
11747  
US  
6312713737

**Shipment Information:**  
Tracking no.: 771485513028  
Ship date: 03/06/2023  
Estimated shipping charges: 14.20 USD

**Package Information**  
Pricing option: FedEx One Rate  
Service type: Priority Overnight  
Package type: FedEx Envelope  
Number of packages: 1  
Total weight:  
Declared Value: 0.00 USD  
Special Services:  
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**  
Bill transportation to: MyAccount-040  
Your reference:  
P.O. no.:  
Invoice no.:  
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.  
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.